UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GABRIEL MAES,<br><br>  Defendant. | CASE NO. CR24-33-TL<br><br>**ORDER GRANTING MOTION TO MODIFY BOND (DKT. 19)** |

Defendant moves to modify the conditions of his release order. Dkt. 19. He requests the Court grant him permission to change residence to a less expensive apartment in the same neighborhood where he currently resides. Neither the Government nor the Probation and Pretrial Services oppose Defendant's request. The Court accordingly ORDERS:

(1) Defendant's request to move to the less expensive apartment is granted.

(2) All other conditions of release remain in effect.

DATED this 23rd day of February, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION TO MODIFY
BOND (DKT. 19) - 1