THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR24-033-TL |
| Plaintiff, ) | |
| ) | (PROPOSED) ORDER TO SEAL |
| v. ) | EXHIBIT |
| ) | |
| GABRIEL MAES, ) | |
| ) | |
| Defendant. ) | |

THE COURT has considered Gabriel Maes' Motion to Seal Exhibit 1 and finds there are compelling reasons to file this document under seal.

IT IS ORDERED that Exhibit 1 be filed under seal.

DONE this 27th day of November 2024.

Tana Lin
United States District Judge

Presented by:

s/ *Dennis Carroll*
Senior Litigator
Federal Public Defender
Attorney for Gabriel Maes

ORDER TO SEAL EXHIBIT
(*United States v. Maes*, CR24-033-TL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100